

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:19-mj-00363-VCF |
| Plaintiff, | **Order Granting Seventh Stipulation to Continue Preliminary Hearing** |
| v. | |
| Kenneth Moore and Latoya Jones, | |
| Defendants. | |

Based on the stipulation of counsel, the Court finds that defendants consent to continue the preliminary hearing for at least 60 days and that good cause exists to do so.

IT IS THEREFORE ORDERED that the preliminary hearing scheduled for July 6, 2020, at 4:00 p.m. is vacated and continued to  September 9, 2020  at the hour of 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this  6th  day of July, 2020.

_____
Cam Ferenbach
United States Magistrate Judge

3